## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW BROWNE, | |
| Plaintiff, | Case No. 1:14-cv-06312 |
| v. | Honorable Judge Manish S. Shah |
| JOHN C. BONEWICZ, P.C., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ANDREW BROWNE and the Defendant, JOHN C. BONEWICZ, P.C., through their respective counsel that the above-captioned action is dismissed, without prejudice, against JOHN C. BONEWICZ, P.C., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 18, 2018                              Respectfully Submitted,

**ANDREW BROWNE**                                  **JOHN C. BONEWICZ, P.C.**

*/s/ Mohammed O. Badwan*                           */s/ Nicole M. Strickler (with consent)*
Mohammed O. Badwan                                 Nicole M. Strickler
*Counsel for Plaintiff*                            *Counsel for Defendant*
Sulaiman Law Group, LTD                            Messer Strickler, Ltd.
2500 S. Highland Ave., Suite 200                   225 W. Washington St., Suite 575
Lombard, Illinois 60148                            Chicago, IL 60606
Phone: (630) 575-8181                              Phone: (312) 334-3469
mbadwan@sulaimanlaw.com                            nstrickler@messerstrickler.com